**Daniel R. WILLIAMSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58747.**

Missouri Court of Appeals,
Western District.

June 5, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied
Sept. 25, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Assistant Attor-

ney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

### ORDER

PER CURIAM.

Daniel R. Williamson appeals from the order of the circuit court denying his Rule 29.15 motion for postconviction relief, without an evidentiary hearing, as to his conviction as an accomplice for first degree robbery. He claims that he received ineffective assistance of appellate counsel for failure to raise on direct appeal that the evidence was insufficient to find that he aided and abetted the principal in committing the crime of robbery.

Judgment affirmed. Rule 84.16(b).